UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE RESOURCE GROUP INTERNATIONAL LIMITED,

                    Petitioner,                    25 **CIVIL** 1021 (JSR)

   -against-                              **JUDGMENT**

MUHAMMAD ZIAULLAH KHAN CHISHTI,

                    Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 18, 2025, Chishti has manifestly failed to demonstrate that any of the grounds for vacating or modifying Final Award is applicable here. The Court therefore grants TRG-I's petition to confirm the Final Award; denies Chishti's cross-petition to the extent that it seeks vacatur of the Final Award; and grants Chishti's cross-petition to the extent that it seeks partial confirmation of the Final Award. Accordingly, the case is closed.

**Dated**: New York, New York
            June 20, 2025

                                                                   **TAMMI M. HELLWIG**
                                                                  **Clerk of Court**

                                     **BY:**
                                                                    **Deputy Clerk**