# RONALD SULLIVAN LAW, PLLC

Ronald S. Sullivan Jr.

September 15, 2025

Hon. Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     The Resource Group International Limited v. Muhammad Ziaullah Khan Chishti, 25-CV-1021 (JSR)

Dear Judge Rakoff:

The undersigned respectfully advises the Court that, in light of the Court's September 12, 2025 Order (ECF No. 63), Ronald Sullivan Law PLLC and the plaintiff have reached an agreement regarding the subpoena issued to Ronald Sullivan Law PLLC. Accordingly, the third-party motion to quash filed on September 3, 2025 (ECF No. 60) is withdrawn.

Respectfully submitted,

**Ronald S. Sullivan Jr.**

Ronald Sullivan Law PLLC
1300 I Street NW
Suite 400E
Washington, DC 20005
rsullivan@ronaldsullivanlaw.com
(202) 313-8313

SO ORDERED

_____
USDJ

9-16-25