UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――
THE RESOURCE GROUP INTERNATIONAL
LIMITED,

      Petitioner,

  -v-

MUHAMMAD ZIAULLAH KHAN CHISHTI,

      Respondent.
―――――――――――――――――――――――――――――

25-cv-1021 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Before the Court are competing protective orders that petitioner The Resource Group International Ltd. ("TRG-I") and respondent Muhammad Ziaullah Khan Chishti have proposed to govern post-judgment discovery in this action. See ECF Nos. 65, 66.

The Court hereby adopts TRG-I's proposed protective order in its entirety. The Court finds that TRG-I has appropriately tailored the Court's model protective order to the context of post-judgment discovery, specifically by (1) providing that confidential discovery material may be disclosed to "counsel retained specifically for the enforcement of the Final Award and/or Judgment" and to "the Court or any other court overseeing an action related to the enforcement of the Final Award and/or Judgment," as well as by (2) obligating the parties to use their best efforts to ensure that confidential discovery materials filed with this Court or any other court are treated with appropriate care. See ECF No. 66 ¶¶ 6(b), 6(g), 8.

The Court disagrees with Chishti that the protective order must

1

contain a provision regarding third-party discovery material that is not provided to Chishti prior to being produced to TRG-I. See ECF Nos. 65, 65-1 at 3 ¶ 3. Chishti's proposed provision would require TRG-I to maintain such material on an "Attorneys' Eyes Only" basis "until such time as [Chishti] has had an opportunity to review and designate such material." See ECF No. 65-1 at 3 ¶ 3. Not only is the proposed provision unduly vague, but, in practice, it could permit Chishti to indefinitely restrict the dissemination of third-party discovery material. Of course, third parties who produce discovery material pursuant to Paragraph 2 of the protective order may designate portions of such material as confidential, and Chishti may apply to the Court for an order giving "confidential status" to any category of information not already enumerated in Paragraph 2.

The Court will enter a so-ordered copy of TRG-I's proposed protective order on the docket of this action.

SO ORDERED.

New York, NY
September 16, 2025

_____
JED S. RAKOFF, U.S.D.J.