UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE RESOURCE GROUP INTERNATIONAL LIMITED,

Petitioner,

v.

MUHAMMAD ZIAULLAH KHAN CHISHTI,

Respondent.

25-CV-1021 (JSR)

**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE AND TEMPORARY RESTRAINING ORDER**

---

Respondent Muhammad Ziaullah Khan Chishti ("Mr. Chishti" or "Respondent") and Petitioner The Resource Group International Limited ("TRG-I" or "Petitioner," and, together with Respondent, the "Parties"), by and through their undersigned counsel, and specially appearing non-party Sarah Pobereskin ("Ms. Pobereskin"), appearing solely for the limited purpose of agreeing to the relief set forth in this Stipulation, and without concession of her right to contest the Court's jurisdiction over her person or property, respectfully stipulate as follows:

WHEREAS, the Court, on October 30, 2025, entered an Order concerning Petitioner's Motion for a Temporary Restraining Order and a Preliminary Injunction (Dkt. No. 73);

WHEREAS, the Court's October 30, 2025, Order granted Petitioner's requested temporary restraining order (the "Temporary Restraining Order") with respect to an account at

Bank of America ending in 9784 (defined in the October 30, 2025 Order as the "Bank of America Account") and established a briefing schedule concerning Petitioner's application for a preliminary injunction ("Petitioner's Application");

WHEREAS, after having met and conferred at Respondent's request, the Parties and Ms. Pobereskin have agreed to extend the time within which to complete briefing on Petitioner's Application;

WHEREAS, Respondent and Ms. Pobereskin represent that the current balance of the Bank of America Account is $288,449, while a separate account held in Ms. Pobereskin's name at Bank of America ending in 5826 has a current balance of $3,608,615;

WHEREAS, the Parties and Ms. Pobereskin have agreed that the Temporary Restraining Order and Petitioner's Application should apply to the account ending in 5826 instead of the account identified in the Temporary Restraining Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL OF THE COURT:

1. The definition of "Bank of America Account" in the Temporary Restraining Order is hereby modified to refer to the Bank of America account held in Ms. Pobereskin's name ending in 5826, and all submissions in connection with the Temporary Restraining Order filed to date and relief sought shall be deemed amended to refer to this account.

2. Papers in opposition to Petitioner's Application to be served on or before November 28, 2025;

3. Reply papers in further support of Petitioner's Application to be served on or before December 12, 2025;

4. Show Cause hearing to be held between on or about December 16, 2025 and December 18, 2025, subject to the availability of the Court.

5. Respondent and Ms. Pobereskin consent to the extension of the Temporary Restraining Order issued by the Court until such time as the Court renders its decision on Petitioner's Application, unless the Court rescinds such Temporary Restraining Order prior thereto.

6. Petitioner agrees and acknowledges that Ms. Pobereskin's execution of this Stipulation shall not constitute a waiver of any rights or defenses that she may have, all of which are expressly reserved, including that of her right to contest the Court's jurisdiction over her and her property.

Respectfully submitted,

Dated: November 6, 2025

CLEARY GOTTLIEB STEEN
& HAMILTON LLP

*/s/ Jeffrey A. Rosenthal*

Jeffrey A. Rosenthal
Lisa Vicens
Mark E. McDonald
Katie L. Gonzalez

One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000
jrosenthal@cgsh.com
evicens@cgsh.com
memcdonald@cgsh.com
kgonzalez@cgsh.com
*Attorneys for
Petitioner TRG-I*

SHEPPARD MULLIN
RICHTER & HAMPTON LLP

*/s/ Benjamin G. Chew*

Benjamin G. Chew (*pro hac vice*)
2099 Pennsylvania Avenue, NW,
Suite 100
Washington, D.C. 20006-6801
(202) 747-1900
bchew@sheppardmullin.com

*Attorneys for Respondent
Zia Chishti*

*/s/ Sarah Pobereskin*

Ms. Sarah Pobereskin

Specially Appearing Non-Party Respondent

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: 11/6/25
New York, New York