UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE RESOURCE GROUP
INTERNATIONAL LIMITED,

              Petitioner,

  -against-

MUHAMMAD ZIAULLAH KHAN CHISHTI,

           Respondent.

Case No. 25-CV-1021 (JSR)

## JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE SARAH J. POBERESKIN'S MOTION TO QUASH SUBPOENA

Petitioner/Judgment Creditor The Resource Group International Limited ("Petitioner" or "TRG-I") and Interested Party Sarah Pobereskin ("Ms. Pobereskin" and together with TRG-I, the "Parties") through each of their attorneys of record, respectfully submit this Stipulation and [Proposed] Order dismissing without prejudice Ms. Pobereskin's Motion to Quash Subpoena;

WHEREAS, on September 17, 2025, TRG-I served Ms. Pobereskin with a subpoena *duces tecum* (the "Subpoena");

WHEREAS, on October 1, 2025, Ms. Pobereskin filed a motion to quash that Subpoena in the United States District Court for the District of Puerto Rico, *see In re Subpoena to Non-Party Sarah J. Pobereskin*, No. 25-369 (GMM) (D.P.R.) (Dkt. 1) (the "Motion");

WHEREAS, on October 15, 2025, TRG-I opposed that Motion, requesting that the District of Puerto Rico deny the Motion, or in the alternative, transfer the Motion to this Court for consideration, *see id.* (Dkt. 13);

WHEREAS, on October 30, 2025, this Court entered an Order granting Petitioner's Motion for a Temporary Restraining Order and a Preliminary Injunction with respect to a Bank

of America account held in Ms. Pobereskin's name, thereby adding Ms. Pobereskin as a party to this action (Dkt. No. 73);

WHEREAS, on November 7, 2025, Ms. Pobereskin filed a reply in support of the Motion, *see In re Subpoena to Non-Party Sarah J. Pobereskin*, No. 25-369 (GMM) (D.P.R.) (Dkt. 23);

WHEREAS, on November 17, 2025, the Court entered an order scheduling the Show Cause hearing for December 17, 2025, in advance of which Ms. Pobereskin will produce documents to TRG-I and during which Ms. Pobereskin will provide testimony;

WHEREAS, on November 21, 2025, with leave of the Court, TRG-I filed a sur-reply in further opposition to the Motion, *see In re Subpoena to Non-Party Sarah J. Pobereskin*, No. 25-369 (GMM) (D.P.R.) (Dkt. 26);

WHEREAS, Ms. Pobereskin recognizes that, as a party, she will now have to provide reasonable and proportionate discovery;

WHEREAS, on November 26, 2025, Ms. Pobereskin filed a consent motion to transfer the Motion to this Court. *see id.* (Dkt. 30);

WHEREAS, on December 2, 2025, TRG-I responded to the consent motion expressing its agreement that the Motion be transferred to this Court, *see id.* (Dkt. 32);

WHEREAS, on December 3, 2025, the District of Puerto Rico transferred the Motion to this Court, *id.* (Dkt. 34, 35);

WHEREAS, counsel for the Parties are presently engaging in collegial and productive discussions about the scope of TRG-I's document requests to Ms. Pobereskin in the hope of amicably resolving any disagreements;

WHEREAS, in the event the parties cannot resolve all disagreements regarding the scope of the Subpoena, Ms. Pobereskin agrees not to challenge the Subpoena itself but reserves her right to challenge the scope of specific requests;

WHEREAS, the Parties have agreed that the Motion should therefore be dismissed without prejudice to the right of either Party to bring any unresolved disputes over individual requests for resolution by this Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT:

1. The Motion shall be dismissed without prejudice.

Respectfully submitted,

Dated: December 9, 2025

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____
Jeffrey A. Rosenthal
Lisa Vicens
Mark E. McDonald
Katie L. Gonzalez

One Liberty Plaza
New York, NY 10006
Tel: (212) 225-2000
jrosenthal@cgsh.com
evicens@cgsh.com
memcdonald@cgsh.com
kgonzalez@cgsh.com

*Attorneys for Petitioner TRG-I*

SCHERTLER ONORATO MEAD & SEARS

_____
Henry Winchester Asbill
555 13th Street NW
Suite 500 West
Washington, DC 20004
202-628-4199
hasbill@schertlerlaw.com

*Attorneys for Interested Party Sarah Pobereskin*

SO ORDERED

New York, NY
December ____ 10, 2025

Jed S. Rakoff, U.S.D.J.