UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE RESOURCE GROUP INTERNATIONAL
LIMITED,

        Petitioner,

   -v-

MUHAMMAD ZIAULLAH KHAN CHISHTI,

        Respondent.

25-cv-1021 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On December 24, 2025, the Court entered a preliminary injunction prohibiting respondent Muhammad Ziaullah Khan Chishti, third-party Sarah Jennifer Pobereskin, and persons acting on their behalf or in concert with them from transferring or otherwise disposing of up to $1.2 million in funds held in a savings account at Bank of America, N.A., that is titled in Pobereskin's name. See ECF No. 113. On January 22, 2026, the Court so-ordered a stipulation executed by petitioner The Resource Group International Ltd. ("TRG-I"), Chishti, Pobereskin, and non-party VCP Capital Markets LLC ("VCP"), which, among other things, provided that TRG-I's motion requesting a preliminary injunction concerning Pobereskin's savings account at Bank of America would be "deemed withdrawn" once Pobereskin made certain payments. See ECF No. 121 ¶¶ 1-2.

The parties have advised the Court that, on January 26, 2026, all the payments contemplated by the so-ordered stipulation were made. Accordingly, the Court hereby regards TRG-I's motion for a preliminary

1

injunction as having been withdrawn and vacates the preliminary injunction at docket entry 113.

    SO ORDERED.

New York, NY
January 27, 2026

                         JED S. RAKOFF, U.S.D.J.