UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE RESOURCE GROUP INTERNATIONAL LIMITED,

Petitioner,

-against-

MUHAMMAD ZIAULLAH KHAN CHISHTI.,

Respondent.

25 CIVIL 01021 (JSR)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Findings of Fact and Conclusions of Law dated June 18, 2026, the Court concludes that twenty-five transfers that Chishti made to or for the benefit of Pobereskin were made with actual fraudulent intent. Accordingly, under Section 237 (a) (1), those transfers are voidable in favor of TRG-I, and the Court hereby voids them. The sum of those transfers, net of the amount indicated in the parties' stipulation in connection with Pobereskin's prior payment, is $8,675,075.00. Moreover, the Court concludes that two transfers that Chishti made to Pobereskin were made without receiving a reasonably equivalent value in exchange and at a time when Chishti reasonably should have believed that he would incur debts beyond his ability to pay as they came due. Accordingly, under Section 237 (a) (2) (ii), those transfers are voidable in favor of TRG-I, and the Court hereby voids them. Those two transfers totaled $1,153,507.17. The Court hereby orders Pobereskin to turn over to TRG-I, within thirty days of the entry of judgment, a sum no greater than the amount of the judgment TRG-I holds against Chishti and also no greater than $9,828,582.17, the total of the transfers hereby voided. As an exercise of the Court's equitable authority to "limit[], condition[], regulat[e], extend[], or modify[] the use of any enforcement procedure, see CPLR 5240, the Court hereby orders that Pobereskin may satisfy this

obligation by turning over to TRG-I either so much of the ownership interest in the securities of TRG-P and/or Isbei that she holds, cash, or a combination of TRG-P and/or Isbei securities and cash. To the extent that Pobereskin elects to satisfy the Court's order by turning over securities, she and Chishti are hereby ordered to execute all documents, make all filings, and provide all approvals and authorizations necessary to effectuate the transfer of the ownership interest in those securities to TRG-I and to cancel her ownership interest in those securities in TRG-I's favor

**Dated:**   New York, New York
June 22, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**

2