UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE RESOURCE GROUP INTERNATIONAL LIMITED,<br><br>Petitioner,<br><br>v.<br><br>MUHAMMAD ZIAULLAH KHAN CHISHTI,<br><br>Respondent. | 25-cv-1021 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

Before the Court is the motion of third-party Sarah Pobereskin seeking leave to appeal the Court's June 22 Judgment without having to post a supersedeas bond. Pobereskin moves in the alternative to be permitted to post a de minimis supersedeas bond. These motions are denied. Pobereskin may obtain a stay pending appeal by providing a bond or security in the full amount of the Court's June 22 Judgment. See Fed. R. Civ. P. 62(b).

To the extent Pobereskin also moves to alter or amend the Court's June 22 Judgment, that motion is also denied.

An Opinion setting forth the reasons for this Order will issue in due course.

SO ORDERED.

Dated: New York, NY

July 22, 2026

JED S. RAKOFF, U.S.D.J.